[No. 14802-8-I.   Division One.   December 9, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. VICTOR THOMAS McVEA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83-8-04710-4, Jack Richey, J. Pro Tem., entered May 14, 1984. *Affirmed* by unpublished opinion per Scholfield, A.C.J., concurred in by Swanson and Coleman, JJ.

[No. 13241-5-I.   Division One.   December 9, 1985.]

WATERBEDS UNLIMITED, G.J.S., INC., *Appellant,* v. G. R. PATTEN, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 82-2-05568-9, Frank L. Sullivan, J., entered May 9, 1983. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Webster, J., and Petrie, J. Pro Tem.

[No. 15696-9-I.   Division One.   December 9, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD KUNZMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 84-1-00171-5, Byron L. Swedberg, J., entered October 2, 1984. *Reversed* and *remanded* by unpublished per curiam opinion.